Case 3:25-cv-00108   Document 22   Filed on 08/18/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TANIA MARTINEZ, | § | |
| Plaintiff, | § § | |
| VS. | § | 3:25-cv-108 |
| | § § | |
| FIFTH THIRD BANK, N.A., | § § | |
| Defendant. | § § | |

## ORDER

On August 15, 2025, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 21.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 18th day of August, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE